**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| F.C. Bloxom Company d/b/a F.C. Bloxom Company International<br><br>                          Plaintiff,<br>v.<br><br>Lange Fresh Farms, Inc. (f/k/a Tom Lange Company International, Inc. d/b/a Seven Seas Fruit)<br><br>                          Defendant.<br><br>HARBORSTONE CREDIT UNION f/k/a FIRST SOUND BANK.,<br>                          Garnishee. | NO. 2:25-mc-00005-JNW<br><br>[PROPOSED] **ORDER GRANTING MOTION TO STRIKE APPLICATION FOR WRIT OF GARNISHMENT** |

This matter comes before the Court on Judgment Creditor Lange Fresh Farms, Inc. (f/k/a Tom Lange Company International, Inc. d/b/a Seven Seas Fruit) motion for an order to strike its pending application for issuance of a writ of garnishment against Harborstone Credit Union f/k/a First Sound Bank. Judgment Creditor domesticated the judgment originally giving rise to this application in this Court on October 16, 2024, in. On March 5, 2025, Judgment Creditor filed a satisfaction of that judgment in Case No. 2:24-mc-00070, and provided a copy of the satisfaction to the Court as part of its motion to strike.

[PROPOSED] ORDER GRANTING MOTION TO STRIKE APPLICATION FOR WRIT OF GARNISHMENT- 1



Attorneys at Law
2600 Two Union Square
601 Union Street
Seattle WA 98101-4000
Telephone 206 624-1230
Fax 206 340-2563

Based on the following, and otherwise being advised in the premises,

IT IS HEREBY ORDERED that the pending application for a writ of garnishment shall be stricken without ruling and without a writ of garnishment being issued.

IT IS FURTHER ORDERED that this case shall be closed.

Dated April 7, 2025.

_____
Hon. Marsha J. Pechman
United States Senior District Judge

*Presented by*

 /s/ Danial D. Pharris
 /s/ Paul J. Spadafora
Danial D. Pharris, WSBA No. 13617
Paul J. Spadafora, WSBA No. 49777
Attorneys for Judgment Creditor
Lange Fresh Farms, Inc. (f/k/a Tom Lange Company International, Inc. d/b/a Seven Seas Fruit)

[PROPOSED] ORDER GRANTING MOTION TO STRIKE APPLICATION FOR WRIT OF GARNISHMENT- 2



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563